

1
2
3
4         J S - 6
5
6
7
8

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| JAYMAR C. STEPHENS, | Case No.: 5:24-cv-00833-JGB-SP |
|---|---|
| Plaintiff, | Action Filed: April 19, 2024 |
| vs. | Assigned to: Honorable Judge Jesus G. Bernal |
| ZURICH AMERICAN INSURANCE COMPANY; and DOES 1 to 10, inclusive | Trial Date: Not Set |
| Defendants. | **ORDER RE JOINT STIPULATION RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

[Filed Concurrently With:
- Joint Stipulation re Dismissal of Entire Action]



Case No.: 5:24-cv-00833-JGB-SP

1  The parties having stipulated that this matter has been resolved in its entirety
2  with each side to bear its own attorneys' fees and costs, this matter is hereby
3  dismissed with prejudice.
4
5  **IT IS SO ORDERED.**
6
7
8
9  Dated: June 17, 2025
10  _____
    Honorable Jesus G. Bernal
    United States District Court Judge



Case No.: 5:24-cv-00833-JGB-SP

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16

<u>CERTIFICATE OF SERVICE</u>

17

     I am employed in the County of Orange, State of California.  I am over the age of 18 and not a party to the within action; my business address is 20321 SW Birch St., #200, Newport Beach, California 92660; Fax 949-385-5165; E-mail address: dc@mckennonlawgroup.com.

18
19
20

**I HEREBY CERTIFY THAT ON JUNE 13, 2025, I SERVED THE FOREGOING DOCUMENTS DESCRIBED AS: [PROPOSED] ORDER RE JOINT STIPULATION RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**

21
22

on the interested parties as follows:

23

| SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC<br>Debra R. Puebla<br>*dpuebla@spcclaw.com*<br>Ray Tamaddon<br>*rtamaddon@spcclaw.com*<br>Michael J. Bartlett<br>*mbartlett@spcclaw.com*<br>515 South Figueroa Street, Suite 1470<br>Los Angeles, California 90071-3331<br>Tel: (213) 996-4200, Fax: (213) 892- | Attorneys for Defendant, Zurich American Insurance Company<br>☒ ECF Participant |
|---|---|

24
25
26
27
28



8322
DPuebla@spcclaw.com

☒ **ECF/CM:** I caused a true and correct copy thereof to be electronically filed using the Court's Electronic Court Filing ("ECF") System and service was completed by electronic means by transmittal of a Notice of Electronic Filing on the registered participants of the ECF System.  I served those parties who are not registered participants of the ECF System as indicated below.

☐ I placed the ☐ original ☐ a true copy thereof enclosed in sealed envelope(s) to the notification address(es) of record and caused such envelope(s) to be delivered by ☐ **FIRST-CLASS MAIL** ☐ **OVERNIGHT DELIVERY**.

☐ **BY E-MAIL:** I electronically transmitted a true and correct copy thereof to the notification electronic mail address(es) of record before close of business for the purpose of effecting service and the transmission was reported as complete and without error.

☐ **FACSIMILE:** Based on ☐ courtesy ☐ court order ☐ agreement of the parties, I caused a true copy thereof to be served by transmitting via facsimile machine to the notification facsimile number(s) of record before close of business.  The transmission was reported as complete, without error.

☐ **PERSONAL DELIVERY:** I caused ☐ the original ☐ a true copy thereof to be delivered by hand to the notification address(es) of record by an employee or independent contractor of a registered process service.

I am employed in the office of a member of the Bar of this Court at whose direction the service was made.  I declare under penalty of perjury under the laws of the United States of America and the State of California that the above is true and correct.  Executed at Newport Beach, California on June 13, 2025.

NAME:                               *Debi Cartee*
                                    (Signature)

